**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7425**

UNITED STATES OF AMERICA,

                  Plaintiff - Appellee,

          v.

AKEEM LABEEB AL-MUWWAKKIL,

                  Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (4:01-cr-00092-RGD-1; 4:08-cv-00126-RGD)

Submitted:  October 15, 2009          Decided:  October 22, 2009

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Akeem Labeeb Al-Muwwakkil, Appellant Pro Se.  Matthew Woodrow Hoffman, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Akeem Labeeb Al-Muwwakkil appeals the district court's order denying his Rule 60(b) motion of the Federal Rules of Civil Procedure in which Al-Muwwakkil attempted to revisit an order issued during his criminal trial denying a motion to suppress. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Al-Muwwakkil, No. 4:01-cr-00092-RGD-1 (E.D. Va. July 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED